## MOSES ET UX. v. GUNN & LEE.

Depositions admissible in *qui tam* prosecutions.
Depositions taken out of the state within twenty miles of the adverse party, notice must be given.

IN a *qui tam* prosecution for an assault and battery committed upon the wife, it was determined, that depositions taken out of court pursuant to the statute, are admissible in actions of *qui tam*. Also determined, that depositions taken in this state within twenty miles of the adverse party, who lives out of the state, are not legally taken, unless notice is given. Whiting and Frisbie v. Jewet, Kirby's Rep. 1.